# United States District Court

|  |  |  |
|---|---|---|
| Southern | District of | Texas |

UNITED STATES OF AMERICA
V.
**Juan GOMEZ-Gonzalez**

Mexico
A 94 791 828

## CRIMINAL COMPLAINT

CASE NUMBER 1:09-PO-   **3827**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about **November 14, 2009** in **Cameron** County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **United States Border Patrol Agent** and that this complaint is based on the following facts:

**The defendant was apprehended in Brownsville, Texas on November 14, 2009.  The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on November 14, 2009, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:   ☐ Yes   ☒ No

S/ Wilfredo Anglero      Senior Patrol Agent
*Signature of Complainant*

Sworn to before me and subscribed in my presence,

| | | |
|---|---|---|
| November 15, 2009 | at | Brownsville, Texas |
| *Date* | | *City and State* |

| | |
|---|---|
| Ronald G. Morgan      U.S. Magistrate Judge | S/ |
| *Name and Title of Judicial Officer* | *Signature of Judicial Officer* |